JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU  (CABN 218225)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-102 VRW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ~~[PROPOSED]~~ ORDER EXCLUDING |
| v. | ) | TIME FROM DECEMBER 10, 2009 |
| | ) | THROUGH JANUARY 14, 2010 |
| TENIAH TERCERO, | ) | |
| a/k/a TIA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        The defendant, Teniah Tercero, represented by Mark Rosenbush, and the government,

represented by Tarek J. Helou, appeared before the Court on December 10, 2009 for a status

hearing.  The parties represented that the government had produced evidence to the defense, and

that the defense was reviewing it and considering a possible disposition of this case.  Defense

counsel requested a continuance of the matter.

        The matter was continued to January 14, 2010 for a change of plea hearing or to set

further proceedings.  Counsel for the defendant requested that time be excluded under the

Speedy Trial Act from December 10, 2009 through January 14, 2010 because he needed the

1   remaining period of time to review the discovery and to conduct necessary investigation. The

2   government stated it had no objection to excluding time.

3       Based upon the representation of counsel and for good cause shown, the Court finds that

4   failing to exclude the time from December 10, 2009 through January 14, 2010 would

5   unreasonably deny the defendant and her counsel the reasonable time necessary for effective

6   preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

7   The Court further finds that the ends of justice served by excluding the time from December 10,

8   2009 through January 14, 2010 from computation under the Speedy Trial Act outweigh the best

9   interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY

10  ORDERED that the time from December 10, 2009 through January 14, 2010 shall be excluded

11  from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

14  DATED: _____12/15/2009_____



HONORABLE VAUGHN R WALKER
Chief United States District Judge