JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TENIAH TERCERO,<br>   a/k/a TIA<br><br>    Defendant. | No. CR 09-102 VRW<br><br>[~~PROPOSED~~] ORDER EXCLUDING TIME FROM FEBRUARY 4, 2010 THROUGH FEBRUARY 25, 2010 |

    The defendant, Teniah Tercero, represented by Mark Rosenbush, and the government, represented by Tarek J. Helou, appeared before the Court on February 4, 2010 for a status hearing. The parties represented that they were discussing a disposition of the case. Defense counsel requested a continuance of the matter.

    The matter was continued to February 25, 2010 for a change of plea hearing or to set further proceedings. Counsel for the defendant requested that time be excluded under the Speedy Trial Act from February 4, 2010 through February 25, 2010 because he needed the remaining period of time to review the discovery, to conduct necessary investigation, and to

consider whether a pre-trial disposition of the case was in his client's best interest. The government stated that it had no objection to excluding time.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 4, 2010 through February 25, 2010 would unreasonably deny the defendant and her counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 4, 2010 through February 25, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from from February 4, 2010 through February 25, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 2/23/2010



HONORABLE VAUGHN R WALKER
Chief