JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-102 VRW |
| Plaintiff, | [~~PROPOSED~~] ORDER RE-SCHEDULING CHANGE OF PLEA AND EXCLUDING TIME FROM FEBRUARY 25, 2010 THROUGH MARCH 11, 2010 |
| v. | |
| TENIAH TERCERO, a/k/a TIA | Current Date: February 25, 2010<br>Current Time: 2:00 p.m. |
| Defendant. | Proposed Date: March 11, 2010<br>Proposed Time: 2:00 p.m. |

The defendant, Teniah Tercero, represented by Mark Rosenbush, and the government, represented by Tarek J. Helou, jointly request that the Court move the defendant's currently scheduled change of plea from February 25, 2010 until March 11, 2010.

The parties believe that they have reached a disposition of the case and that the defendant will plead guilty to an Information. The defendant must be arraigned on that Information before she can appear before this Court to change her plea to guilty. Defense counsel cannot appear in Magistrate Court before February 25, 2010, the date for the currently scheduled change of plea. Government counsel is unavailable on March 4, 2010, the next date of this Court's regularly-

scheduled criminal calendar. Therefore, the parties jointly request that the Court re-schedule the defendant's change of plea hearing from February 25, 2010 until March 11, 2010.

The parties agree that time should be excluded under the Speedy Trial Act from February 25, 2010 through Mach 11, 2010 based on continuity of counsel.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 25, 2010 through March 11, 2010 would unreasonably deny the defendant and the government continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 4, 2010 through February 25, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the defendant's change of plea hearing shall be changed from February 25, 2010 at 2:00 p.m. to March 11, 2010 at 2:00 p.m., and the time from February 25, 2010 through March 11, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: February 23, 2010



HONORABLE VAUGHN R. WALKER
Chief United States District Judge

ORDER EXCL. TIME
Case No. CR 09-102

-2-