FILED

SEP 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>TENIAH TERCERO,<br><br>    Defendant - Appellant. | No. 12-10404<br><br>D.C. No. 3:09-CR-00102-RS-3<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The Court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument as of October 7, 2013, in San Francisco, California. Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk